IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RANDELL KERBY and CHERYL KERBY**, in her individual capacity and on behalf of her minor children, J.R.K. (1) and J.R.K. (2)<br><br>　　　　Plaintiffs,<br>　v.<br><br>**RHIANA SHERIDAN,** in her individual and official Capacity; **JOHN TRUMBO**, in his individual and Official capacity; **UMATILLA COUNTY**, and Oregon Municipality; **JANELLE HINES,** in her individual and official capacity; **GAY DAVIS,** in her individual and official capacity; **HEALTHER SUING-HORNING,** in her individual and official capacity; and **KATHRYN HANSEN,** in her individual and official capacity**,**<br><br>　　　　Defendants. | No. 2:12-cv-00544-MO<br><br>ORDER |

**MOSMAN, J.**,

　　　　I hereby DENY Plaintiff's Motion for Partial Summary Judgment against Defendant Gay Davis [168]. Plaintiffs have not shown that there is no genuine issue of material fact as to whether the executive action taken by Ms. Davis was unwarranted. *See Crowe v. Cnty. of San Diego,* 608 F.3d 406, 441 & n.23 (9th Cir. 2010). For similar reasons, I DENY summary judgment as to the question of Ms. Davis's qualified immunity. An explanatory opinion and order will follow. IT IS SO ORDERED.

　　　　DATED this __20th__ day of February, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael W. Mosman_____
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. MOSMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1 –ORDER